

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00307-CV

## Trial Court No. 11-3112-A

**Mary Brown Hogg**

**Vs.**

**Builders Capital, Ltd.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Indigent | $25.00 | Mary Brown Hogg |
| Supreme Court chapter 51 fee | $50.00 | Mary Brown Hogg |
| Filing | $100.00 | Mary Brown Hogg |
| Required Texas.gov efiling fee | $20.00 | Mary Brown Hogg |
| TOTAL: | $195.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 20th day of February 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk